Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

Omaha Division

Michael Steven Bauermeister

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Youtube, LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 8:17CV437
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Steven Bauermeister |
| Street Address | P.O. Box 642363 |
| City and County | Omaha, Douglas County |
| State and Zip Code | Nebraska 68164 |
| Telephone Number | 402-471-8267 |
| E-mail Address | michaelbauermeister@hotmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED
NOV 13 2017
CLERK

Page 1 of 5

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1
    Name: YouTube, LLC
    Job or Title *(if known)*:
    Street Address: 901 Cherry Ave.
    City and County: San Bruno, San Mateo County
    State and Zip Code: California, 94066
    Telephone Number: 1-650-253-0000
    E-mail Address *(if known)*:

Defendant No. 2
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Michael Steven Bauermeister , is a citizen of the State of *(name)* Nebraska .

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2. If the defendant is a corporation

   The defendant, *(name)* YouTube, LLC , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .
   Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**C.    The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
$20,000,000.00

## III.    Statement of Claim

A.  Describe the property that you own that is the subject of this complaint, including its value.
I am trying to file proper Digital Millennium Copyright Act with YouTube, LLC. YouTube, LLC have made it almost impossible for a copyright owner or a person have the permission of the copyright owner to file a proper Digital Millennium Copyright Act's complaint on their website that host user's video content. Due to the failure of YouTube, LLC to comply 17 U.S. Code § 512 which it make them liable of illegal copyright property it is worth $20,000,000.00 mistake.

B.  How and when did you come to own the property?
Under Digital Millennium Copyright Act 17 U.S. Code § 512 which allow any one that own copyright material or given people permission to file a complaint on behalf of copyight owner since October 28, 1998 by the 105th United States Congress.

C.  How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.
YouTube, LLC allow users to upload videos at anytime that is non commerical video to check that is fall under the Digital Millennium Copyright Act with non commerical use and prevent non commerical copyright owners or allow other people that have copyright user permission.

D.  *(If the defendant(s) rightfully came into possession of the property):* Describe how and when you notified the defendant(s) that the property belonged to you. Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.
Due to YouTube, LLC unable file a proper Digital Millennium Copyright Act so it prevent me or a proper copyright owner or behalf on comeone complaint.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The type of relief I am seeking beside the amount I am seeking from YouTube, LLC. I want YouTube, LLC. give non commerical copyright owner's and allow people behalf of copyright file a proper Digital Millennium Copyright Complaint and allow them have same access as commerical have when file a Digital Millennium Copyright complaint with YouTube, LLC.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/7/2017

Signature of Plaintiff  *Michael Bauermeister*
Printed Name of Plaintiff  Michael Steven Bauermeister

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Names: **Michael Steven Bauermeister**

Location of Plaintiff(s)/Petitioner(s) (city/state): **Omaha, Nebraska**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): **Pro Se**

Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: **642363**

Street Address: _____

City-State-ZIP: **Omaha, Nebraska 68164**

Telephone & Facsimile Numbers: **402-571-8267**

E-mail Address: **michaelbauermeister@hotmail.com**

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☐ Yes  ■ No

Nature of Suit Code: **502**
Select only one (three digit) nature-of-suit code from the attached sheet. See attached sheet for three-digit codes. If number 213 is used, please identify partnership or partnership group:

Agency Identification Code: _____

Number of Claims Involved: **1**

Amount Claimed: $ _____
Use estimate if specific amount is not pleaded.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ _____

   Is plaintiff a small business?  ☐ Yes  ■ No

   Was this action preceded by the filing of a protest before the GAO?  ☐ Yes  ☐ No

   If yes, was a decision on the merits rendered?  ☐ Yes  ☐ No

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previous cases?  ☐ Yes  ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

172

### Nature-of-Suit Codes for General Jurisdiction Cases

| | | |
|---|---|---|
| 100 Contract - Construction - (CDA) | 206 Tax - Excise | 348 Military Pay - Reinstatement |
| 102 Contract - Fail to Award - (CDA) | 208 Tax - Gift | 350 Military Pay - Relocation Expenses |
| 104 Contract - Lease - (CDA) | 210 Tax - Income, Corporate | 352 Military Pay - Retirement |
| 106 Contract - Maintenance - (CDA) | 212 Tax - Income, Individual | 354 Military Pay - SBP |
| 108 Contract - Renovation - (CDA) | 213 Tax - Income, Individual (Partnership) | 356 Military Pay - Other |
| 110 Contract - Repair - (CDA) | 214 Tax - Informer's Fees | |
| 112 Contract - Sale - (CDA) | 216 Tax - Preparer's Penalty | 500 Carrier - transportation |
| 114 Contract - Service - (CDA) | 218 Tax - Railroad Retirement/Unemployment Tax Act | 502 Copyright |
| 116 Contract - Supply - (CDA) | | 504 Native American |
| 118 Contract - Other - (CDA) | 220 Tax - TEFRA Partnership - 28:1508 | 506 Oil Spill Clean Up |
| | 222 Tax - Windfall Profit Overpayment - Interest | 508 Patent |
| 120 Contract - Bailment | | 509 Taking - Hurricane Harvey |
| 122 Contract - Bid Preparation Costs | 224 Tax - 100% Penalty - 26:6672 - Withholding | 510 Taking - Personalty |
| 124 Contract - Medicare Act | | 512 Taking - Realty |
| 125 Contract - Affordable Care Act | 226 Tax - Other | 513 Taking - Rails to Trails |
| 126 Contract - Realty Sale | | 514 Taking - Other |
| 128 Contract - Subsidy | 300 Civilian Pay - Back Pay | 515 Unjust Conviction and Imprisonment |
| 130 Contract - Surety | 302 Civilian Pay - COLA | 516 Miscellaneous - Damages |
| 132 Contract - Timber Sale | 303 Civilian Pay - Disability Annuity | 518 Miscellaneous - Lease |
| 134 Contract - Other | 304 Civilian Pay - FLSA | 520 Miscellaneous - Mineral Leasing Act |
| | 306 Civilian Pay - Overtime Compensation | 522 Miscellaneous - Oyster Growers Damages |
| 136 Contract - Other - Wunderlich | 308 Civilian Pay - Relocation Expenses | |
| | 310 Civilian Pay - Suggestion Award | 524 Miscellaneous - Safety Off. Ben. Act |
| 138 Contract - Protest (Pre Award) | 312 Civilian Pay - Other | 526 Miscellaneous - Royalty/Penalty Gas Production |
| 140 Contract - Protest (Post Award) | | |
| | 340 Military Pay - Back Pay | 528 Miscellaneous - Other |
| 200 Tax - Allowance of Interest | 342 Military Pay - CHAMPUS | 535 Informer's Reward |
| 202 Tax - Declaratory Judgment - 28:1507 | 344 Military Pay - Correct records | 536 Spent Nuclear Fuel |
| 204 Tax - Estate | 346 Military Pay - Correct/Reinstate | |

### Nature-of-Suit Codes for Vaccine Cases

| | | |
|---|---|---|
| 449 Injury - Hepatitis A | 485 Injury - Hemophilus Influenzae | 477 Death - Pertussis |
| 453 Injury - Pneumococcal Conjugate | 486 Injury - Varicella | 478 Death - Polio - inactive |
| 456 Injury - DPT & Polio | 490 Injury - Rotavirus | 479 Death - Polio - other |
| 457 Injury - D/T | 492 Injury - Thimerosal | 480 Death - Rubella |
| 458 Injury - DTP/DPT | 494 Injury - Trivalent Influenzae | 481 Death - Tetanus & Diphtheria |
| 459 Injury - Measles | 496 Injury - Meningococcal | 482 Death - Tetanus & Tox. |
| 460 Injury - M/M/R | 498 Injury - Human Papillomavirus | 483 Death - Other |
| 461 Injury - Measles/Rubella | | 487 Death - Hepatitis B |
| 462 Injury - Mumps | 452 Death - Hepatitis A | 488 Death - Hemophilus Influenzae |
| 463 Injury - Pertussis | 454 Death - Pneumococcal Conjugate | 489 Death - Varicella |
| 464 Injury - Polio - inactive | 470 Death - DPT & Polio | 491 Death - Rotavirus |
| 465 Injury - Polio - other | 471 Death - D/T | 493 Death - Thimerosal |
| 466 Injury - Rubella | 472 Death - DTP/DPT | 495 Death - Trivalent Influenzae |
| 467 Injury - Tetanus & Diphtheria | 473 Death - Measles | 497 Death - Meningococcal |
| 468 Injury - Tetanus & Tox. | 474 Death - M/M/R | 499 Death - Human Papillomavirus |
| 469 Injury - Other | 475 Death - Measles/Rubella | |
| 484 Injury - Hepatitis B | 476 Death - Mumps | |

## AGENCY CODES

| | | | |
|---|---|---|---|
| **AGR** | Agriculture | **TRN** | Department of Transportation |
| **AF** | Air Force | **TRE** | Department of Treasury |
| **ARM** | Army | **VA** | Department of Veterans Affairs |
| **AEC** | Atomic Energy Commission | **VAR** | Various Agencies |
| **COM** | Department of Commerce | **O** | Other |
| **DOD** | Department of Defense | | |
| **DOE** | Department of Energy | | |
| **ED** | Department of Education | | |
| **EPA** | Environmental Protection Agency | | |
| **GPO** | Government Printing Office | | |
| **GSA** | General Services Administration | | |
| **HHS** | Health and Human Services | | |
| **HLS** | Homeland Security | | |
| **HUD** | Housing and Urban Development | | |
| **DOI** | Department of the Interior | | |
| **ICC** | Interstate Commerce Commission | | |
| **DOJ** | Department of Justice | | |
| **LAB** | Department of Labor | | |
| **MC** | Marine Corps | | |
| **NAS** | National Aeronautical Space Agency | | |
| **NAV** | Navy | | |
| **NRC** | Nuclear Regulatory Commission | | |
| **PS** | Postal Service | | |
| **STA** | State Department | | |
| **SBA** | Small Business Administration | | |

Michael
P.O. Box 642363
Omaha, NE 68164



U.S. POSTAGE
$3.00
FCMP 0025
Orig: 68114
Dest: 68102
11/08/17
11096396

USPS FIRST-CLASS PKG SVC-RTL ™

0 Lb 3.80 Oz

0025

C016

Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

USPS TRACKING NUMBER



9500 1265 4677 7311 0919 12

RECEIVED

NOV 13 2017

CLERK