IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL STEVEN BAUERMEISTER, | ) ) ) | 8:17CV437 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| YOUTUBE, LLC, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff has filed what the court construes to be a Motion for Appointment of Counsel and Motion for Extension of Time to File Amended Complaint (Filing No. 7).

The court cannot routinely appoint counsel in civil cases. In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel . . . ." *Id.* (quotation and citation omitted). No such benefit is apparent at this time. Thus, the request for the appointment of counsel will be denied without prejudice.

Plaintiff's Motion for Extension of Time to File Amended Complaint will be granted, but Plaintiff is warned that future motions to extend time must show "good cause" for the extension. Fed. R. Civ. P. 6(b).

IT IS ORDERED:

1. Plaintiff's Motion for Appointment of Counsel (Filing No. 7), is denied without prejudice;

2. Plaintiff's Motion for Extension of Time to File Amended Complaint (Filing No. 7) is granted;

3. Pursuant to the court's previous Memorandum and Order (Filing No. 6), Plaintiff shall file an amended complaint that states a claim upon which relief may be granted on or before April 5, 2018, in the absence of which this court will dismiss Plaintiff's case without further notice to Plaintiff; and

4. The clerk of the court is directed to se a pro se case management deadline using the following text: April 5, 2018—amended complaint due.

DATED this 21st day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge